| PROB 22<br>(Rev. 2/88) | DOCKET NUMBER /Tran. Court} |
|---|---|
| **TRANSFER OF JURISDICTION** | 5:04CR02389-001 |

RECEIVED        RECEIVED

DOCKET NUMBER /Rec. Court}

1:07cr 225-WKW-TM
1:07cm 1331-WKW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>SOUTHERN TEXAS | DIVISION<br>LAREDO |
|---|---|---|

PHILLIP EUGENE TOWNSEND

2007 AUG 20 A 11:54

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT

SEP 27 A 10:05

United States District Court
Southern District of Texas
**FILED**
MMM

SEP 14 2007

Michael N. Milby, Clerk
Laredo Division

| NAME OF SENTENCING JUDGE |
|---|
| MICAELA ALVAREZ, U.S. DISTRICT JUDGE |

| DATES OF<br>PROBATION/SUPERVISED<br>RELEASE: | FROM<br>APRIL 11, 2007 | TO<br>APRIL 10, 2010 |
|---|---|---|

**OFFENSE**

TRANSPORTATION OF AN UNDOCUMENTED ALIEN WITHIN THE UNITED STATES FOR PRIVATE FINANCIAL GAIN
BY MEANS OF A MOTOR VEHICLE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 25, 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 17 2007

8/24/07
_____
Effective Date

W. Keith Watkins
_____
United States District Judge