United States District Court
Southern District of Texas
FILED

NOV 1 6 2004

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. |
| PHILLIP EUGENE TOWNSEND DENNIS DENNOARD FAULK, JR. | § § § | L-04-2389 |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about October 22, 2004, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

**PHILLIP EUGENE TOWNSEND and
DENNIS DENNOARD FAULK, JR.,**

knowing and in reckless disregard of the fact that **OLIVIA GARCIA-CORTEZ** was an alien who had come to entered and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324.

## COUNT TWO

On or about October 22, 2004, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

**PHILLIP EUGENE TOWNSEND and
DENNIS DENNOARD FAULK, JR.,**

knowing and in reckless disregard of the fact that **MARTIN ISRAEL REYES-CORRALES** was an alien who had come to entered and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
MATTHEW J. RINKA
Assistant United States Attorney

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
_____
Deputy Clerk

AO 245B    (Rev. 12/03) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

UNITED STATES OF AMERICA
V.
**PHILLIP EUGENE TOWNSEND**

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 5:04CR02389-001
USM NUMBER: 44936-179

☐ See Additional Aliases.

Gustavo T. Quintanilla
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   one on January 12, 2005

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(B)(i) | Transportation of an undocumented alien within the United States for private financial gain by means of a motor vehicle | 10/22/2004 | One |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) two   ☒ is ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 28, 2005
Date of Imposition of Judgment

Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

Date   May 6, 2005

MFL/LUG/es

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By _____ Deputy clerk

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 2 -- Imprisonment

Judgment -- Page 2 of 6

DEFENDANT:  PHILLIP EUGENE TOWNSEND
CASE NUMBER:  5:04CR02389-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____23 months._____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☒ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
               Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: PHILLIP EUGENE TOWNSEND
CASE NUMBER: 5:04CR02389-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 year(s).

☐ See Additional Supervised Release Terms.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

    ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: **PHILLIP EUGENE TOWNSEND**
CASE NUMBER: **5:04CR02389-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to participate in a vocational training program as deemed necessary and approved by the probation officer.

The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

The defendant is required to perform 200 hours of community service as approved by the probation officer to be completed within the first two years of supervised release.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 5 -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT: PHILLIP EUGENE TOWNSEND
CASE NUMBER: 5:04CR02389-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $100 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the ☐ fine    ☐ restitution.

   ☐ the interest requirement for the ☐ fine    ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT: PHILLIP EUGENE TOWNSEND
CASE NUMBER: 5:04CR02389-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of $ __100__ due immediately, balance due
       ☐ not later than _____, or
       ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C,   ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D  ☐  Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:
       Make all payments payable to: U.S. District Clerk, 1300 Victoria, Ste. 1131, Laredo, TX 78040

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**             **Total Amount**    **Joint and Several Amount**    **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:04-cr-02389-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Townsend et al | Date Filed: 11/16/2004 |
| Magistrate judge case number: 5:04-mj-10275 | Date Terminated: 04/28/2005 |

Assigned to: Judge Micaela Alvarez

**Defendant**

**Philip Eugene Townsend** (1)
*TERMINATED: 04/28/2005*

represented by **Gustavo T Quintanilla**
Hall Quintanilla and Alarcon
1302 Washington St
Laredo, TX 78040
956-723-5527
Fax: 956-723-8168
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

Transporting undocumented aliens within the US. Penalty: Not more than 10 yrs and/or $250,000 fine; $100 cvf; not more than 3 yrs tsr.
(1)

**Disposition**

23 months, 3 years TSR; waived fine; $100 CVF, right to appeal

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

Transporting undocumented aliens within the US. Penalty: Not more than 10 yrs and/or $250,000 fine; $100 cvf; not more than 3 yrs tsr.
(2)

**Disposition**

DISMISSED on Government's Oral Motion

**Highest Offense Level (Terminated)**

Felony

**Complaints**

8:1324.F Bringing in and harboring aliens

**Disposition**

TRUE COPY I CERTIFY
ATTEST
Michael N. Milby, Clerk
By_____
                    Deputy clerk

**Plaintiff**

USA

represented by **Financial Litigation**
U S Attorney's Office

Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
956-726-2915 fax
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew James Rinka**
Assistant United States Attorney
PO Box 1179
Laredo, TX 78042-1179
956-723-6523
Email: matthew.rinka@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2004 | 1 | COMPLAINT as to Philip Eugene Townsend (1), Dennis Dennoard Faulk, Jr. (2), filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 2 | Minute Entry for proceedings held before Judge Marcel C. Notzon :INITIAL APPEARANCE as to Philip Eugene Townsend,(Deft informed of rights) held on 10/25/2004, Added attorney Gustavo T Quintanilla for Philip Eugene Townsend, appointed attorney; bond set at $30,000 unsecured with one co-surety; prel hearing set for 11/3/04 at 11:00am with Judge Arce Flores Appearances:ML Castillo, AUSA; G Wirsching PTSO; Gustavo T Quintanilla apptd.(ERO:P Galvan) (Interpreter:D Gonzalez) Deft remanded to custody , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 3 | (Court only) CJA 23 Financial Affidavit by Philip Eugene Townsend , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 4 | CJA 20 as to Philip Eugene Townsend: Appointment of Attorney Gustavo T Quintanilla for Philip Eugene Townsend ( Signed by Judge Marcel C. Notzon ). Parties notified. (pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 8 | Affidavit for Material Witness(es) Olivia Garcia-Cortez, Martin Israel Reyes-Corrales as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 9 | Minute Entry for proceedings held before Judge Marcel C. Notzon :INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Olivia Garcia-Cortez as to Philip |

| | | |
|---|---|---|
| | | Eugene Townsend, Dennis Dennoard Faulk, Jr., (Material Witness(es) informed of rights) held on 10/25/2004 Appearance entered by Rene Carlo Benavides for Olivia Garcia-Cortez on behalf of defendant., Added attorney Rene Carlo Benavides apptd. for Olivia Garcia-Cortez/ bond set at $5000 c/s Appearances:ML Castillo,AUSA; Rene Carlo Benavides apptd. (ERO:P Galvan) (Interpreter:D Gonzalez) Deft remanded to custody , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 10 | (Court only) CJA 23 Financial Affidavit by Material Witness Olivia Garcia-Cortez as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 11 | CJA 20 for Material Witness Olivia Garcia-Cortez: Appointment of Attorney Rene Carlo Benavides for Olivia Garcia-Cortez as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. ( Signed by Judge Marcel C. Notzon ). Parties notified. (pgalvan, ) [5:04-mj-10275] (Entered: 11/10/2004) |
| 10/25/2004 | 12 | Minute Entry for proceedings held before Judge Marcel C. Notzon :INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Martin Israel Reyes-Corrales as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., (Material Witness(es) informed of rights) held on 10/25/2004 bond set at $5000 c/s Appearances:ML Castillo, AUSA; attorney waived.(ERO:P Galvan) (Interpreter:D Gonzalez) Deft remanded to custody , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/12/2004) |
| 10/25/2004 | 13 | (Court only) CJA 23 Financial Affidavit by Material Witness Martin Israel Reyes-Corrales as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. , filed.(pgalvan, ) [5:04-mj-10275] (Entered: 11/12/2004) |
| 10/25/2004 | 15 | Statutory Warning by USA as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., filed.(nortiz, ) [5:04-mj-10275] (Entered: 11/16/2004) |
| 10/26/2004 | 14 | WAIVER of Preliminary Examination or Hearing by Philip Eugene Townsend, filed. (nortiz, ) [5:04-mj-10275] (Entered: 11/16/2004) |
| 11/16/2004 | 17 | INDICTMENT as to Philip Eugene Townsend (1) count(s) 1-2, Dennis Dennoard Faulk, Jr. (2) count(s) 1-2, filed. ( atrevino ) (Entered: 11/29/2004) |
| 11/16/2004 | | **Added Pretrial Services, Financial Litigation and Probation ( atrevino ) (Entered: 11/29/2004) |
| 11/19/2004 | 18 | NOTICE OF SETTING as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr.. Arraignment set for 11/24/2004 at 09:00 AM in Courtroom 2B before Magistrate Judge Adriana Arce-Flores, filed.(bmendoza, ) (Entered: 11/29/2004) |
| 11/23/2004 | 21 | Deft's Written WAIVER of Arraignment by Philip Eugene Townsend, Order accepting waiver signed by US Mag. Judge Adriana Arce Flores, filed.(bmendoza, ) (Entered: 12/02/2004) |
| 11/23/2004 | 22 | SCHEDULING ORDER as to Philip Eugene Townsend. Dispositive Motion Filing due by 12/6/2004 Responses due by 12/13/2004 Final Pretrial Conference set for 1/6/2005 at 01:00 PM ;Jury Selection set for 1/10/2005 at 08:30 AM in Courtroom 3B before Judge Keith P Ellison(by Judge Keith P Ellison ). Parties notified. (bmendoza, ) (Entered: 12/02/2004) |
| 01/06/2005 | 31 | UNOPPOSED MOTION For Continuance by Philip Eugene Townsend, Dennis Dennoard Faulk, Jr., filed. (Proposed Order: # 1)(bmendoza) Modified on 1/7/2005 (bmendoza, ). (Entered: 01/07/2005) |
| 01/06/2005 | 32 | Minute Entry for proceedings held before Judge Adriana Arce-Flores :DOCKET CALL Rearraignment as to Philip Eugene Townsend held on 1/6/2005. Case reset to 1/12/05 @ 1:00 p.m. Appearances:Robert Ramirez f/gvt. Gustavo T Quintanilla f/dft(ERO:Sara Medellin) (Interpreter:Alma Adriano) Deft remanded to cusotdy , filed.(bmendoza, ) (Entered: 01/08/2005) |

| | | |
|---|---|---|
| 01/10/2005 | 33 | NOTICE OF SETTING as to Philip Eugene Townsend. Re-Set Final Pretrial Conference set for 2/8/2005 at 09:00 AM in Courtroom 2B before Magistrate Judge Adriana Arce-Flores, filed.(bmendoza) (Entered: 01/18/2005) |
| 01/12/2005 | 34 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Philip Eugene Townsend, filed.(bmendoza) (Entered: 01/18/2005) |
| 01/12/2005 | 35 | Minute Entry for proceedings held before Judge Adriana Arce-Flores :RE-ARRAIGNMENT held on 1/12/2005. Philip Eugene Townsend (1) Guilty Count 1. Written Plea Agreement; cnt. 2 to be dismissed @ time of sentencing Appearances:Robert Ramirez f/gvt. Gustavo T Quintanilla f/dft(ERO:Sara Medellin) (Interpreter:not used) Deft continued on Bond, filed.(bmendoza) (Entered: 01/18/2005) |
| 01/12/2005 | 36 | PLEA AGREEMENT as to Philip Eugene Townsend , filed. (bmendoza) (Entered: 01/18/2005) |
| 01/12/2005 | 37 | Factual Basis For Guilty Plea by USA as to Philip Eugene Townsend , filed. (bmendoza) (Entered: 01/18/2005) |
| 01/12/2005 | 38 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Philip Eugene Townsend. PSI Completion due by 2/18/2005. Objection to PSI due by 3/4/2005 Final PSI due by 3/18/2005 Sentencing set for 4/28/2005 at 09:00 AM in Courtroom 3B before Judge Keith P Ellison(by Judge Keith P Ellison ). Parties notified. (bmendoza) (Entered: 01/18/2005) |
| 01/12/2005 | 39 | REPORT AND RECOMMENDATIONS as to Philip Eugene Townsend ( Signed by Judge Adriana Arce-Flores ). Parties notified. (bmendoza) (Entered: 01/18/2005) |
| 01/27/2005 | 40 | NOTICE of Reassignment as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr.. Pursuant to Special Order No. L-2005-1, this case is reassigned to Judge Micaela Alvarez. Deadlines in scheduling orders remain in effect. All court settings are vacated , filed. (rrodriguez, ) (Entered: 01/27/2005) |
| 01/27/2005 | 41 | ORDER granting dfts 31 Motion for Continuance as to Philip Eugene Townsend (1), Dennis Dennoard Faulk, Jr. (2).( Signed by Judge Micaela Alvarez ) Parties notified. ( dflores ) (Entered: 02/02/2005) |
| 03/30/2005 | | LETTER as to Philip Eugene Townsend re: PSI. The new disclosure date is 3/29/05. Cousel shall advise in writing of any objections w/in 14 days or by 4/12/05. , filed. (mmarquez, ) (Entered: 03/30/2005) |
| 04/19/2005 | 42 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Philip Eugene Townsend, filed.(dgonzalez) (Entered: 04/20/2005) |
| 04/19/2005 | 43 | CONFIDENTIAL SENTENCING RECOMMENDATION (Sealed) regarding Philip Eugene Townsend, filed.(dgonzalez) (Entered: 04/20/2005) |
| 04/28/2005 | 44 | Minute Entry for proceedings held before Judge Micaela Alvarez:Sentencing held on 4/28/2005 for Philip Eugene Townsend (1), Count(s) 1. ***SENTENCE: 23 months, 3 years TSR; waived fine; $100 CVF, right to appeal, 200 hours of c/s within the first 2 years TSR; Court recommends to be placed close to Alabama; drug/alcohol and mental treatment in/out patient; educational program; Def to surrender to designated institution when notified by Attorney or Court. Count(s) 2, DISMISSED on Government's Oral Motion. Appearances:Rob Jones f/gvt and Gustavo Quintanilla f/dft.(Court Reporter: Leticia Gomez) (Interpreter:Derek Sully) (dgonzalez) (Entered: 04/29/2005) |
| 04/28/2005 | | DISMISSAL OF COUNTS on Government's Oral Motion as to Philip Eugene Townsend. Philip Eugene Townsend (1) Count 2. (dgonzalez) (Entered: 04/29/2005) |
| 04/28/2005 | 45 | NOTICE OF NON-APPEAL by Philip Eugene Townsend, filed.(dgonzalez) (Entered: 04/29/2005) |

| | | |
|---|---|---|
| 05/06/2005 | 🔵 48 | JUDGMENT as to Philip Eugene Townsend (The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal) ( Signed by Judge Micaela Alvarez ). Parties notified. (dgonzalez) (Entered: 05/10/2005) |
| 05/18/2005 | | (Court only) ***Case Terminated as to Philip Eugene Townsend, Dennis Dennoard Faulk, Jr. (dgonzalez) (Entered: 05/19/2005) |
| 07/06/2005 | 🔵 84 | LETTER as to Philip Eugene Townsend re: Sworn Statement of account of criminal case , filed. (jmarchand, ) (Entered: 07/06/2005) |
| 07/11/2005 | 🔵 85 | ORDER TO SURRENDER on August 5, 2005 at 2:00 p.m. to FCI ESTILL as to Philip Eugene Townsend ( Signed by Judge Micaela Alvarez ). Parties notified. (dgonzalez) (Entered: 07/14/2005) |
| 08/01/2005 | 🔵 88 | Certified Mail Receipt Returned (Order to Surrender) as to Philip Eugene Townsend, executed on 7/27/05, filed. (dgonzalez) (Entered: 08/04/2005) |
| 08/01/2005 | 🔵 89 | CJA 20 as to Philip Eugene Townsend: Authorization to Pay Gustavo Quintanilla Amount: $ 2268.00 ( Signed by Judge Micaela Alvarez ). Parties notified. (dgonzalez) (Entered: 08/04/2005) |
| 08/08/2005 | 🔵 90 | NOTICE of VOLUNTARY SURRENDER by Philip Eugene Townsend , filed. Defendant DID NOT surrender at FCI Estill. (dgonzalez) (Entered: 08/09/2005) |
| 08/18/2005 | 🔵 92 | AMENDED NOTICE of VOLUNATARY SURRENDER by Philip Eugene Townsend, filed. Defendant DID surrender to Montgomery City Jail for further transfer to FCI Estill.(dgonzalez) (Entered: 08/18/2005) |
| 01/03/2006 | 🔵 93 | CJA 20 as to Material Witness Olivia Garcia-Cortez, re: Philip Eugene Townsend, Dennis Dennoard Faulk, Jr.: Authorization to Pay Rene C Benavides Amount: $ 68.00, ( Signed by Judge Micaela Alvarez ). Parties notified. (mmarquez, ) (Entered: 01/04/2006) |
| 07/25/2007 | 🔵 94 | PROBATION FORM 12A Report on Offender Under Supervision No Court Action Requested as to Philip Eugene Townsend Court Concurs with Recommended Action ( Signed by Judge Micaela Alvarez ) Parties notified. (nortiz) (Entered: 07/26/2007) |
| 09/14/2007 | 🔵 96 | Supervised Release Jurisdiction Transferred to Middle District of Alabama, Montgomery Division as to Philip Eugene Townsend, filed.(mmarquez) (Entered: 09/17/2007) |

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 2007

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
FILED

JUL 2 5 2007

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

Report on Offender Under Supervision - No Court Action Required

| | | | |
|---|---|---|---|
| **Name of Offender:** | Phillip Eugene Townsend | **Case Number:** | 5:04CR02389-001 |

**Name of Sentencing Judge:** The Honorable Micaela Alvarez

**Date of Original Sentence:** 04/28/2005

**Original Offense:** Transportation of an undocumented alien within the United States for Private Financial gain by means of a motor vehicle, in 8 U.S.C. § 1324 (a)(1)(B)(i).

**Original Sentence:** 23 months custody, three (3) years supervised release, DAPS, participation in vocational training, Mental Health, 200 hours community service, and $100 assessment fee.

**Type of Supervision:** Supervised Release        **Supervision Started:** 04/11/2007

## EARLIER COURT ACTION

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Drug Possession, Usage, Distribution, or Administration |

On May 9, 2007, Phillip E. Townsend, violated the Mandatory Condition by using cocaine, a controlled substance not prescribed by a physician. Mr. Townsend reported to the United States Probation Office in Dothan, Alabama and submitted a urine specimen. The sample submitted by Mr. Townsend was tested by using a Bio-Tech five-way test kit and indicated a positive reading for cocaine. Mr. Townsend admitted to the use of illicit drug to USPO Louis D. Johns, Jr., from the Middle District of Alabama/Dothan Division.

RE:   **Phillip Eugene Townsend**                                                                                          2
Dkt. No.:   5:04CR02389-001

U.S. Probation Officer Recommended Action: Based on the defendant's willingness to participate in substance abuse treatment, no action is being recommended at this time. The defendant has been advised that further problems with drug usage or failure to comply with the drug treatment program could result in other sanctions or possible revocation.

Approved:                                                                    Respectfully submitted:

*[signature: Peter Medellin]*                        by             *[signature: E M Sepulveda]*

Peter Medellin, Supervising                                      Elizabeth M. Sepulveda
U.S. Probation Officer                                                U.S. Probation Officer
                                                                                  July 19, 2007

RE:  Phillip Eugene Townsend 3
Dkt. No:  5:04CR02389-001

[✓]  Court Concurs with Recommended Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other:

_____
Micaela Alvarez
U. S. District Judge

July 25, 2007
Date

TRUE COPY I CERTIFY
ATTEST
Michael N. Milby, Clerk
By _____
Deputy clerk