IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cr. No. 1:07-cr-225-WKW |
| ) | |
| PHILLIP EUGENE TOWNSEND ) | |

## **ORDER**

It is hereby ORDERED that, based upon the information contained in defendant Townsend's October 4, 2007, Financial Affidavit (Doc. No. 6), the Court finds that the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. 3006A, and hereby appoints the Federal Defender to represent the defendant during the revocation proceedings currently pending before the Court.

DONE this 9th day of October, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE