IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Cr. No. 1:07-cr-225-WKW** |
| | ) | |
| **PHILLIP EUGENE TOWNSEND** | ) | |

## ORDER

It is hereby ORDERED that a hearing is hereby set on **October 26, 2007 at 2:00 p.m.** in Courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama, to consider revocation of the order of supervised release of defendant, Phillip Eugene Townsend.

DONE this 9th day of October, 2007.

                                                /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE