# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | Case No.: 1:07cr225-WKW |
| ) | |
| PHILLIP EUGENE TOWNSEND     ) | |

## MOTION TO CONTINUE REVOCATION HEARING

**COMES NOW** the Defendant, **PHILLIP EUGENE TOWNSEND**, by Undersigned Counsel, Donnie W. Bethel, and moves this Court to continue the revocation hearing now scheduled for October 26, 2007. In support of this Motion, Mr. Townsend would show the following:

1. The revocation hearing in this case is now scheduled for October 26, 2007, at 2:00 p.m. Based on his initial investigation, Mr. Townsend needs additional time to fully prepare his case for the revocation hearing.

2. In discussing this case with United States Probation Officer Louis Johns on October 25, 2007, Mr. Johns informed Undersigned Counsel that the key Government witness, Officer R.C. Covington of the Midland City Police Department, is presently suffering from a back injury and will not be available to testify at the hearing on October 26, 2007. Mr. Johns further advised that if Mr. Townsend did not move for a continuance, then Mr. Johns would have requested that Assistant United States Attorney Susan Redmond file a motion to continue.

3. The United States, through Assistant United States Attorney Susan

Redmond, does not oppose a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted.

Dated this 25th day of October 2007.

                                              Respectfully submitted,

                                              s/ Donnie W. Bethel
                                              DONNIE W. BETHEL
                                              Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail:don_bethel@fd.org
                                              IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   **Case No.: 1:07cr225-WKW** |
| | ) |
| **PHILLIP EUGENE TOWNSEND** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Louis V. Franklin, Sr., Chief, Criminal Division, Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49