IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cr-0225-WKW |
| | ) | |
| PHILLIP EUGENE TOWNSEND | ) | |

**ORDER**

Upon consideration of the defendant's unopposed Motion to Continue Revocation Hearing (Doc. # 12), it is ORDERED that the motion is GRANTED. The revocation hearing is CONTINUED from October 26, 2007, to **November 13, 2007, at 2:00 p.m.**

DONE this 26th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE