PROB 12C
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Amended
### Petition for Warrant or Summons for Offender Under Supervision

Name of offender: PHILLIP EUGENE TOWNSEND        Case Number: 1:07CR00225-WKW

Name of Sentencing Judicial Officer:  Honorable Micaela Alvarez, U.S. District Judge, Southern District of Texas.  Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable W. Keith Watkins,  U.S. District Judge

Date of Original Sentence: April 28, 2005

Original Offense: Transportation of an Undocumented Alien within the United States for Private Financial Gain by Means of a Motor Vehicle; 8 USC 1324(a)(1)(B)(i)

Original Sentence: 23 months custody followed by a three year term of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: April 11, 2007

Assistant U.S. Attorney: Kent Brunson        Defense Attorney: Don Bethel

## PETITIONING THE COURT

[X]   To amend petition; summons previously issued
[ ]   To  issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number                    Nature of Noncompliance

1.    **Violation of condition of supervised release which states, "The defendant shall not commit another federal, state, or local crime."**

On August 17, 2007, Officer R.C. Covington of the Midland City, Alabama Police Department conducted a traffic stop on a vehicle due to the driver not wearing a seat belt.  The driver was identified as Phillip Townsend. When Officer Covington was obtaining Townsend's driver license, the odor of marijuana was detected coming from the vehicle. Townsend exited his vehicle and was advised of his Miranda rights.  When Townsend was asked to place his hands on the patrol unit, he was initially uncooperative, however, he eventually complied with the officer's instructions. He was patted down for weapons and a small bag of marijuana was found in his right front pants pocket. During a search of the vehicle, a small amount of marijuana was found under the driver's seat. Townsend was arrested for Possession of Marijuana 1st degree.

PROB 12C
(7/93)

2

2.    **Violation of the condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On October 3, 2007, Townsend reported to the U.S. Probation Office in Dothan, Alabama. Prior to a urine specimen being submitted for testing, Townsend admitted using marijuana on October 2, 2007, and signed an Admission of Drug Use Form.

3.    **Violation of the condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On November 13, 2007, U.S. Probation Officer Louis D. Johns obtained a urine specimen from Townsend. The specimen revealed a presumptive positive for marijuana and cocaine. Townsend subsequently admitted using illegal drugs, and signed an Admission of Drug Use Form.

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
        [X]    revoked.
        [ ]    extended one year

                    I declare under penalty of perjury that the foregoing is true and correct.

                                Executed on    November 15, 2007

                                                /s/ Louis D. Johns, Jr.
                                                Louis D. Johns, Jr.
                                                U.S. Probation Officer

Reviewed and approved:    /s/ Robert A. Pitcher
                        Robert A. Pitcher, Senior U.S. Probation Officer/OIC

THE COURT ORDERS:

[✓]    Petition Amended; Summons Previously Issued
[ ]    The Issuance of a Warrant
[ ]    No Action
[ ]    Other

                                W. Keith Watkins
                                United States District Judge

                                11/20/07