IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cr-0225-WKW |
| | ) | |
| PHILLIP EUGENE TOWNSEND | ) | |

**<u>ORDER</u>**

On November 13, 2007, the revocation hearing was continued upon oral motion by the Government. It is ORDERED that the hearing shall resume on **November 28, 2007, at 1:30 p.m.**

DONE this 20th day of November, 2007.

                        /s/  W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE