AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment -- Page 2 of 2

DEFENDANT: PHILLIP EUGENE TOWNSEND
CASE NUMBER: 1:07cr225-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

18 Months

**RETURNED AND FILED**

APR - 2

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

X    The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m. on _____

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Townsend
USP AZ  2/25/08

Defendant delivered on  3-19-08  to  THP USP
a  Terre Haute, IN  with a certified copy of this judgment.

H. J. Maberry, Warden
~~UNITED STATES MARSHAL~~

By  M. C_____
DEPUTY UNITED STATES MARSHAL